IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL CASE NO. 3:10cv00004-RJC-DSC

| | |
|---|---|
| **Christos Savas Procopis,** | : |
| PETITIONER | : |
| | : |
| v. | : |
| | : |
| **Tabetha Jo Finger Procopis,** | : |
| RESPONDENT | : |

## ORDER ON PETITIONER'S MOTION TO STAY CUSTODY PROCEEDING IN LINCOLN COUNTY

**THIS MATTER** is before the Court on Petitioner's Motion to Stay Custody Proceeding in Lincoln County pursuant to Article 16 of the Convention on the Civil Aspects of International Child Abduction; 42 U.S.C. § 11604(a) of the International Child Abduction Remedies Act ("ICARA"); and N.C.G.S. §§ 50A-210(a), (c), 50A-302 and 50A-303(b) of the Uniform Child Custody Jurisdiction and Enforcement Act ("UCCJEA").

Upon consideration of the Motion, **IT IS, THEREFORE, ORDERED** that Petitioner's Motion to Stay Custody Proceeding in Lincoln County is hereby GRANTED as follows:

Any and all proceedings in Lincoln County File No. 10-CVD-00066, are hereby **STAYED** pending resolution of the Expedited Petition for Return of Wrongfully Retained Child to Petitioner currently pending in this Court.

This Order is entered pursuant to Hague Convention, Article 16; ICARA, 42 U.S.C. 11604(a), and the UCCJEA, N.C.G.S. §§ 50A-210(a), (c), 50A-302 and 50A-303(b).

**SO ORDERED**.    Signed: January 25, 2010

_____
David S. Cayer
United States Magistrate Judge