IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL CASE NO. 3:10CV04-RJC-DSC

| | |
|---|---|
| CHRISTOS SAVAS PROCOPIS, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> ) <br> TABETHA JO FINGER ) <br> PROCOPIS, ) <br> Respondent. ) <br> _____ ) | MEMORANDUM AND RECOMMENDATION <br> AND ORDER |

**THIS MATTER** is before the Court on the Petitioner's "Expedited Petition for Return of Wrongfully Retained Child to Petitioner ..." (document #1) filed January 5, 2010. On January 27, 2010, the parties appeared before the undersigned for what had been calendered as an evidentiary hearing. At the opening of the hearing, Petitioner's counsel and the pro se Respondent informed the Court that the parties were having settlement discussions. Following a brief recess, the parties presented to the Court a "Consent Order for Return of Wrongfully Retained Child" which is attached and incorporated into this Memorandum and Recommendation and Order

Having questioned the Respondent in open court concerning her understanding of the terms of the parties' agreement and the voluntariness of her consent to the same, the undersigned finds as fact and concludes as a matter of law that the parties have freely, voluntarily and knowingly resolved the issues raised in the Petition, as reflected in the Consent Order for Return of Wrongfully Retained Child.

## ORDER

**IT IS HEREBY ORDERED** that the Clerk of Court shall release the passports and other travel documents that were seized in this matter. The passport and other travel documents relating to the minor child shall be released to the Petitioner. The passport and travel documents related to the Respondent shall be released to the Respondent.

## RECOMMENDATION

**FOR THE FOREGOING REASONS,** the undersigned respectfully recommends that the attached Consent Order for Return of Wrongfully Retained Child be entered as the final Order resolving all issues raised in the Petition.

## NOTICE OF APPEAL RIGHTS

The parties are hereby advised that, pursuant to 28 U.S.C. §636(b)(1)(c), written objections to the proposed findings of fact and conclusions of law and the recommendation contained in this Memorandum must be filed within ten (10) days after service of same. Page v. Lee, 337 F.3d 411, 416 n.3 (4th Cir. 2003); Snyder v. Ridenour, 889 F.2d 1363, 1365 (4th Cir. 1989); United States v. Rice, 741 F. Supp. 101, 102 (W.D.N.C. 1990). Failure to file objections to this Memorandum with the District Court constitutes a waiver of the right to de novo review by the District Court. Diamond v. Colonial Life, 416 F.3d 310, 315-16 (4th Cir. 2005); Wells v. Shriners Hosp., 109 F.3d 198, 201 (4th Cir. 1997); Snyder, 889 F.2d at 1365. Moreover, failure to file timely objections will also preclude the parties from raising such objections on appeal. Diamond, 416 F.3d at 316; Wells, 109 F.3d at 201; Page, 337 F.3d at 416 n.3; Thomas v. Arn, 474 U.S. 140, 147 (1985); Wright v. Collins, 766 F.2d 841, 845-46 (4th Cir. 1985); United States v. Schronce, 727 F.2d 91 (4th Cir. 1984).

The Clerk is directed to send copies of this Memorandum and Recommendation and Order to the pro se Respondent (Tabetha Procopis, 764 Hulls Grove Church Road, Vale, NC 28168); to counsel for the Petitioner; and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED AND RECOMMENDED** this the 27th day of January, 2010.

David S. Cayer
United States Magistrate Judge