UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
No. 3:10cv04-RJC-DSC

| | |
|---|---|
| **CHRISTOS SAVAS PROCOPIS,** ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> **TABETHA JO FINGER PROCOPIS,** ) <br> ) <br> Respondent. ) <br> ) | **ORDER** |

**THIS MATTER** is before the Court on the Petitioner's "Expedited petition for Return of Wrongfully Retained Child to Petitioner" (Doc. No. 1), the Magistrate Judge's Memorandum and Recommendation and Order ("MR&O") (Doc. No. 9), and the parties' Consent Order for Return of Wrongfully Retained Child (Doc. No. 9-1).

The Court has reviewed the recommendation of the Magistrate Judge that the parties' Consent Order should be adopted by this Court. The Court is satisfied based on the Magistrate Judge's findings that the parties have freely, voluntarily, and knowingly resolved the issues raised in the Petition. Further, based on the parties' on-the-record agreement that the Consent Order should take effect as soon as possible, this Court will treat Respondent's written consent to the Consent Order as a waiver of her right to object to the recommendation of the Magistrate Judge.

**IT IS, THEREFORE, ORDERED** that the MR&O is **AFFIRMED**, and the Consent Order for Return of Wrongfully Retained Child (Doc. No. 9-1) is hereby **ADOPTED** as the final Order of this Court, resolving all issues raised in the Petition.

**SO ORDERED.**

Signed: January 28, 2010

Robert J. Conrad, Jr.
Chief United States District Judge